

**ORDERED in the Southern District of Florida on October 9, 2015.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  12-30379-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

KEVIN T BURNS
XXX-XX-8875
LISA F BURNS
XXX-XX-9553

DEBTORS_____/

### ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE** came to be heard on October 5, 2015 on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Objection to Claim of Lincoln Automotive Financial Services and based on the record, it is

**ORDERED:**

1. The Trustee's Objection is **SUSTAINED**.

2. Court Claim number 9.2, filed by Lincoln Automotive Financial Services is stricken and disallowed.

###

ORDER SUSTAINING OBJECTION TO CLAIM
CASE NO.:  12-30379-BKC-JKO

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTORS**
KEVIN T BURNS
LISA F BURNS
16234 NW 1 ST
PEMBROKE PINES, FL  33028

**ATTORNEY FOR DEBTORS**
CHRISTIAN J. OLSON, ESQUIRE
LAW OFFICE OF CHRISTIAN J. OLSON
8551 SUNRISE BLVD
SUITE 208
PLANTATION, FL  33322

**CREDITOR**
Lincoln Automotive Financial Services
Po Box 55000
Dept 55953
Detroit,  MI  48255

**ADDITIONAL CREDITORS**
Moody, Jones & Montefusco, P.A.
1333 South University Drive
Suite 201
Plantation,  FL  33324

Ford Motor Credit
c/o CT Corporation System
1200 S. Pine Island Road
Plantation,  FL  33324

Lincoln Automotive Financial Services
Po Box 62180
Colorado Springs,  CO  80962

ORDER SUSTAINING OBJECTION TO CLAIM
CASE NO.:  12-30379-BKC-JKO

Lincoln Automotive Financial Services, LLC
c/o The Corporation Trust Company
Corporation Trust Center 1209 Orange St.
Wilmington,  DE  19801

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.